IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD R. ROMIG, JR. | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 22-cv-02898-RAL |
| | : | |
| COUNTY OF LEHIGH, et al | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 4th day of December, 20223, for the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, it is

**ORDERED**

That the Defendants' Motion to Dismiss the Complaint (Doc. No. 6) is **GRANTED**. The Complaint (Doc. No. 1) is **DISMISSED** without prejudice. Plaintiff has 14 days from the date of this Order to file an amended complaint.

BY THE COURT:

_s/ Richard A. Lloret_
**RICHARD A. LLORET**
**U.S. Magistrate Judge**

1